AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GERMAN JOSUE MEZA
MURILLO,

    Petitioner.

               **v.**

WARDEN, FOLKSTON ICE
PROCESSING CENTER, et al.,

    Respondents.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:26-cv-85

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order entered February 6, 2026, Petitioner's 28 U.S.C. § 2241 petition is

granted in part.  Therefore, Respondent is ordered to provide Petitioner with a bond hearing within

seven days and to comply with the immigration judge's conclusions.  This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_Feby 4, 2026_
_Date_



John E. Triplett, Clerk of Court
_Clerk_

_(By) Ann Duke, Deputy Clerk_

GAS Rev 10/2020